

# COURT OF APPEALS

CATHERINE STONE
CHIEF JUSTICE
KAREN ANGELINI
SANDEE BRYAN MARION
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.4THCOA.COURTS.STATE.TX.US

KEITH E. HOTTLE
CLERK OF
COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

August 19, 2014

Kirsten M. Castaneda
2200 Ross Ave Ste 2200
Dallas, TX 75201-6776
\* DELIVERED VIA E-MAIL \*

James Kevin Oncken
238 Westcott St
Houston, TX 77007-7004
\* DELIVERED VIA E-MAIL \*

Michael A. Hatchell
600 Congress Ave Ste 2200
Austin, TX 78701-3055
\* DELIVERED VIA E-MAIL \*

Roger A. Berger
Uzick & Westcott
238 Westcott St
Houston, TX 77004
\* DELIVERED VIA E-MAIL \*

John G. Werner
Reaud, Morgan & Quinn, L.L.P.
P.O. Box 26005
Beaumont, TX 77720-6005
\* DELIVERED VIA E-MAIL \*

Glen W. Morgan
PO Box 26005
Beaumont, TX 77720-6005
\* DELIVERED VIA E-MAIL \*

RE:     Court of Appeals Number:     04-14-00215-CV
        Trial Court Case Number:     2012-CI-18164
        Style: Methodist Healthcare System of San Antonio, Ltd., L.L.P. d/b/a
        Methodist Children's Hospital of South Texas, Robert Gonzalez, and
        Rodney Sheffield
                v.
        Emily Belden

Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

If you should have any questions, please do not hesitate to contact me.

Very truly yours,
KEITH E. HOTTLE, CLERK

Luz Estrada
Deputy Clerk, Ext. 3219



# Fourth Court of Appeals
## San Antonio, Texas

August 19, 2014

No. 04-14-00215-CV

**METHODIST HEALTHCARE SYSTEM OF SAN ANTONIO**, Ltd., L.L.P. d/b/a Methodist Children's Hospital of South Texas, Robert Gonzalez, and Rodney Sheffield,
Appellants

v.

Emily **BELDEN**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-18164
Honorable David A. Canales, Judge Presiding

# O R D E R

The Appellant Methodist Healthcare's Unopposed Motion for Extension of Time to File Brief is GRANTED. The appellant's reply brief is due on August 22, 2014.

It is so ORDERED on this 19th day of August, 2014.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

*MINUTES*

Court of Appeals
Fourth Court of Appeals District
San Antonio, Texas

August 19, 2014

No. 04-14-00215-CV

**METHODIST HEALTHCARE SYSTEM OF SAN ANTONIO**, Ltd., L.L.P. d/b/a Methodist
Children's Hospital of South Texas, Robert Gonzalez, and Rodney Sheffield,
Appellants

v.

Emily **BELDEN**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-18164
Honorable David A. Canales, Judge Presiding

# O R D E R

The Appellant Methodist Healthcare's Unopposed Motion for Extension of Time to File
Brief is GRANTED. The appellant's reply brief is due on August 22, 2014.

It is so ORDERED on this 19th day of August, 2014.

**PER CURIAM**

ATTESTED TO: /S/ Keith E. Hottle
 Keith E. Hottle
 Clerk of Court

ENTERED THIS 19TH DAY OF AUGUST, 2014.

VOL.____PAGE____